**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :        CHAPTER  13

Ryan Timmons

DEBTOR                    :        BKY. NO.  23-13778-amc

## O R D E R

AND NOW, this 26th day of December , 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 matrix and list of creditors.

It is Ordered that the Motion is Granted. Debtor has until **12/28/2023** to file the necessary matrix and list of creditors in the above captioned matter.

By the Court:

Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge