# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Ryan Timmons | BANKRUPTCY CASE NO.<br><br>Case 23-13778-amc |
|---|---|

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby appears as counsel for Harry Timmons and Marjorie Timmons, parties in interest, and that under Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules for this District ("Local Bankruptcy Rules"), hereby requests that all notices given or required to be given, and all papers and pleadings filed or served or required to be served, in this case, be given to or served upon:

Sarah D. Boutros, Esq.
Eckert Seamans Cherin & Mellot
Two Liberty Place
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102
sboutros@eckertseamans.com

This request includes not only the notices and papers referred to in the Bankruptcy Rules but also, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telex or otherwise.

|  | Respectfully submitted, |
|---|---|
| Date:  February 20, 2024 | */s/ Sarah D. Boutros* |

        Sarah D. Boutros, Esquire, ID. No. 328888
        Two Liberty Place
        50 South 16th Street, 22nd Floor
        Philadelphia, PA  19102
        sboutros@eckertseamans.com
        (215) 851-8519 (Telephone)
        (215) 851-8383 (Telecopy)

*Attorney for Harry Timmons & Marjorie Timmons*