United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 23-13778-amc

Ryan Timmons    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 4

Date Rcvd: Apr 25, 2024    Form ID: pdf900    Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ryan Timmons, 333 Las Olas Way, Ft Lauderdale, FL 33301-2363 |
| 14842406 | | Chase Mortgage, Attn: Legal Correspondence Center 700 Ka, Monroe, LA 71203 |
| 14854931 | + | Christopher L. Perkins, Eckert Seamans Cherin & Mellott, LLC, 919 E. Main Street, Suite 1300, Richmond, VA 23219-4624 |
| 14842411 | + | Community Commerce Bank, 390 W Foothill Blvd, Claremont, CA 91711-2709 |
| 14842414 | | Eckert Seamans, Two Liberty Place, 50 S 16th St Fl 22, Philadelphia, PA 19102-2523 |
| 14842416 | | Greg Prosmushkin, 9637 Bustleton Ave Apt 1, Philadelphia, PA 19115-3810 |
| 14856781 | + | Harry Timmons, C/O Sarah D. Boutros, Two Liberty Place, 50 S. 16th Street, 22nd Floor, Philadelphia, PA 19102-2523 |
| 14854932 | + | Harry and Marjorie Timmons, c/o Christopher L. Perkins, Eckert Seamans Cherin & Mellott, LLC, 919 E. Main Street, Suite 1300, Richmond, VA 23219-4624 |
| 14842417 | | Harry and Marjorie Timmons, 32 Juego Rd, Santa Fe, NM 87508-4298 |
| 14842421 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14842423 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14842427 | | Sharon Cobb Miller, 280 W Rittenhouse St, Philadelphia, PA 19144-3340 |
| 14857085 | + | Sheila Woodhouse, 1933 Prospect Ridge Boulevard, 1933 Prospect Ridge Boulevard, Haddon Heights, NJ 08035-1024 |
| 14842430 | | Timmons Construction, LLC, 250 N Columbus Blvd Apt 1210, Philadelphia, PA 19106-1463 |
| 14869302 | + | Woodside Credit, c/o Christopher J. Leavell, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 26 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14842400 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 26 2024 00:29:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 14842398 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 26 2024 01:33:34 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 14842399 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2024 00:28:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14842401 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2024 00:38:04 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14842402 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2024 00:28:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14842409 | | Email/Text: megan.harper@phila.gov | Apr 26 2024 00:29:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14842403 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 00:37:39 | Capital One, Attn: Bankruptcy, PO Box 30285, |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 14842404 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 26 2024 01:23:16 | Salt Lake City, UT 84130-0285<br>Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 14842407 | + | Email/Text: account.manager@chesterwater.com | Apr 26 2024 00:29:00 | Chester Water Authority, 415 Welsh St, Chester, PA 19013-4595 |
| 14842408 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2024 01:33:28 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14854779 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2024 00:38:05 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14842410 | | Email/Text: bankruptcy@philapark.org | Apr 26 2024 00:29:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14842412 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2024 00:37:38 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14842413 | | Email/Text: mrdiscen@discover.com | Apr 26 2024 00:28:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14851882 | | Email/Text: mrdiscen@discover.com | Apr 26 2024 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14842415 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 26 2024 00:28:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14842418 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2024 00:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14842405 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2024 00:38:20 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14855526 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2024 00:37:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14840235 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 00:29:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14842419 | | Email/Text: fesbank@attorneygeneral.gov | Apr 26 2024 00:28:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14842425 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 00:28:00 | PNC Mortgage, Attn: Bankruptcy Attn: Bankruptcy, 8177 Washington Church Rd ,, Dayton, OH 45458 |
| 14842420 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14842422 | + | Email/Text: bkrgeneric@penfed.org | Apr 26 2024 00:28:00 | Pentagon FCU, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |
| 14842424 | + | Email/Text: bankruptcy@philapark.org | Apr 26 2024 00:29:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14842426 | ^ | MEBN | Apr 25 2024 23:53:12 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 14855613 | + | Email/Text: bncmail@w-legal.com | Apr 26 2024 00:28:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14842428 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2024 00:37:59 | Syncb/mohawk, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14842429 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2024 00:38:22 | Synchrony Bank/Men's Wearhouse, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14842364 | + | Email/Text: tdebn@credbankserv.com | Apr 26 2024 00:28:00 | TD Retail Card Services, c/o Creditors Bankruptcy |

Case 23-13778-amc   Doc 31   Filed 04/27/24   Entered 04/28/24 00:33:15   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14842431 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 26 2024 00:29:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14842432 | ^ | MEBN | Apr 25 2024 23:53:06 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14842433 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 26 2024 00:29:00 | US Bank/Guidance Residential, Attn: Bankruptcy 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14842435 | | Email/Text: bankruptcy@wofco.com | Apr 26 2024 00:28:00 | Volvo Car Financial Services, Atn: Bankruptcy, PO Box 91300, Mobile, AL 36691-1300 |
| 14842434 | | Email/Text: bankruptcy@wofco.com | Apr 26 2024 00:28:00 | Volvo Car Financial Services, Attn: Bankruptcy, PO Box 91300, Mobile, AL 36691-1300 |
| 14854857 | + | Email/Text: BKRMailOps@weltman.com | Apr 26 2024 00:29:00 | Volvo Car Financial Services LLC, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14842436 | + | Email/Text: wawacu@verizon.net | Apr 26 2024 00:29:00 | Wawa Employees Cu, 260 W Baltimore Pike, Wawa, PA 19063-5620 |
| 14855435 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 26 2024 00:38:19 | Wells Fargo Bank, Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 14842437 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 26 2024 00:37:46 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

**Name**            **Email Address**

CHRISTOPHER JOHN LEAVELL
              on behalf of Creditor Woodside Credit cleavell@klehr.com  lclark@klehr.com

MICHAEL A. CIBIK
              on behalf of Debtor Ryan Timmons help@cibiklaw.com
              noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SARAH D. BOUTROS

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 56 |

on behalf of Interested Party Marjorie Timmons sboutros@eckertseamans.com

SARAH D. BOUTROS
    on behalf of Interested Party Harry Timmons sboutros@eckertseamans.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Ryan Timmons

                Debtor

Chapter 13

Bankruptcy No. 23-13778-AMC

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: April 25, 2024

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE