## UNITED STATES BANKRUPTCY COURT
### Eastern District of Pennsylvania
Philadelphia Division

| | |
|---|---|
| Ryan Timmons,<br><br>*Debtor*. | Chapter 13<br>Case No. 23-13778-amc |

### Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Reinstate Case

- Notice of Motion to Reinstate Case, Response Deadline, and Hearing Date

Dated: May 1, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

### Mailing List Exhibit

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

TD Retail Card Services
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Volvo Car Financial Services LLC
c/o Weltman, Weinberg & Reis Co LPA
965 Keynote Circle
Cleveland, OH 44131

Harry and Marjorie Timmons
c/o Christopher L. Perkins
Eckert Seamans Cherin & Mellott, LLC
919 E. Main Street, Suite 1300
Richmond, VA 23219-919

Wells Fargo Bank
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Scolopax, LLC
C/O Weinstein & Riley, P.S.
1415 WESTERN AVE, SUITE 700
SEATTLE, WA 98101

Sheila Woodhouse
1933 Prospect Ridge Boulevard
Haddon Heights, NJ 08035-1933

Sharon Cobb Miller
280 W Rittenhouse St
Philadelphia, PA 19144-3340