**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Ryan Timmons,<br><br>*Debtor.* | Case No. 23-13778-AMC<br>Chapter 13 |

**Praecipe to Change Address**

To the Clerk of Court:

Please update the following address on the case mailing list. Thank you.

| **Old Address** | **New Address** |
|---|---|
| Ryan Timmons<br>333 Las Olas Way<br>Fort Lauderdale, FL 33301 | Ryan Timmons<br>333 Las Olas Way Apt 1807<br>Fort Lauderdale, FL 33301 |

Date: May 30, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: _____
Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com