# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania
### Philadelphia Division

| | |
|---|---|
| Ryan Timmons, *Debtor*. | Chapter 13<br>Case No. 23-13778-amc |

## Order Denying Motion to Reinstate Case

And now, after consideration of the Motion to Reinstate Case filed by Debtor Ryan Timmons, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **DENIED** for the reasons stated on the record.

Date: June 7, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge